# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-3618
_____

United States of America

*Plaintiff - Appellee*

v.

Najee Boston

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: April 21, 2025
Filed: April 24, 2025
[Unpublished]

_____

Before BENTON, SHEPHERD, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Najee Boston appeals after the district court[1] revoked his supervised release and sentenced him to 60 months in prison. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

_____

[1]The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri.

Boston's counsel has moved for leave to withdraw and has filed a brief challenging the substantive reasonableness of the sentence. Upon careful review, this court concludes that the district court did not abuse its discretion, as there is no indication that it failed to consider a relevant 18 U.S.C. § 3353(a) factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing relevant factors. *See United States v. Miller*, 557 F.3d 910, 916 (8th Cir. 2009) (standard of review); *United States v. Larison*, 432 F.3d 921, 923 (8th Cir. 2006) (reciting factors to discern whether revocation sentence is unreasonable). Further, the revocation sentence is within the statutory maximum. *See* 18 U.S.C. § 3583(e)(3) (maximum revocation prison term is 5 years if underlying offense is Class A felony).

The judgment is affirmed, and counsel's motion to withdraw is granted.

_____